UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                Plaintiff, )<br>                        )<br>        vs.                    )<br>                        )<br>LIU, YAN QIN )<br>                Defendant. )<br>_____ ) | USDC Cr. Cs. No. 03-00041-004<br><br>**TERMINATION**<br><br>FILED<br>Clerk<br>District Court<br><br>AUG - 8 2005<br><br>For The Northern Mariana Islands<br>By_____<br>         (Deputy Clerk) |

**Re:    Report and Order Terminating Term of Probation**

      On June 30, 2004, Ms. Liu was sentenced in the District Court of the Northern Mariana Islands for Attempted Improper Entry by an Alien, in violation of 8 U.S.C. §1325(a). She was ordered to serve one year with conditions to include; pay a special assessment fee of $10.00; not commit another federal, state, or local crime; not unlawfully possess a controlled substance, and drug testing was suspended based on the court's determination that the defendant poses a low risk of future substance abuse; comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission; and perform 200 hours community service.

      Ms. Liu paid her special assessment fee on June 30, 2004, and completed her 200 hours of community service on September 8, 2004. She also maintained compliance with all other conditions of release.

      Ms. Liu's supervised release expired on June 29, 2005. Therefore, it is recommended that she be discharged from supervised release and the proceedings in this case be terminated.

      RESPECTFULLY submitted this 13th day of July 2005.

                                        FRANK MICHAEL CRUZ
                                        Chief U.S. Probation Officer

                        By:              _____
                                        MARGARITA DLG WONENBERG
                                        U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    AUSA
         Defense Counsel
         File

TERMINATION
Report and Order Terminating Term of Probation
Re: Liu, Yan Quin
USDC Cr. Cs. No. 03-00041-004
July 1, 2005
Page 2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER OF THE COURT

Pursuant to the above report, it is ordered that Yan Qin Liu discharged from supervised release and that the proceeding in the case be terminated.

Dated this __6TH__ day of ~~July~~ AUGUST 2005.

_____
District Judge
U.S. District Court
of the Northern Mariana Islands